**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JERI WASCO,

    Plaintiff,

vs.                                                                           CASE NO.:

COSI SANDWICH BAR, INC., a foreign Corporation,

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Plaintiff, Jeri Wasco, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

    **RESPONSE:  None.**

Date:  October 6, 2006                              Respectfully submitted,

                                                                              /s/Jason E. Miles
                                                                          Jason E. Miles , Esquire
                                                                          Maryland Bar No. 26349
                                                                          Schwartz Zweben & Slingbaum LLP
                                                                          51 Monroe Street, Suite 812
                                                                          Rockville, MD 20850
                                                                          Telephone:  (301) 294-6868
                                                                          Facsimile:   (301) 294-6480
                                                                          jmiles@szalaw.com