United States District Court for the District of Columbia

| | |
|---|---|
| JERI WASCO<br>PLAINTIFF(S)<br><br>V.<br><br>COSI SANDWICH BAR, INC.<br>DEFENDANT(S) | )<br>)<br>)<br>)<br>)   Case #   1:06-cv-01876-JR<br>)<br>)<br>)<br>) |

I declare that I am a citizen of the United States, over the age of eighteen and not party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

## AFFIDAVIT OF SERVICE

I served   COSI SANDWICH BAR, INC. BY SERVING MARK ELLENBERG, RESIDENT AGENT

with the   SUMMONS IN A CIVIL CASE & COMPLAINT

by serving   MARK ELLENBERG

on   FEBRUARY 2, 2007 at 10:30 AM

at   CADWALADER, LLP, 555 12TH STREET, NW, 3RD FL., WASHINGTON, DC, 20004

### DESCRIPTION

| MALE<br>SEX | CAUCASIAN<br>RACE | 50-60<br>AGE | GREY<br>HAIR |
|---|---|---|---|
| 5'9"<br>HEIGHT | 160-170 LBS<br>WEIGHT | | |

I declare under penalty of perjury that the information contained herein is true, correct, and this affidavit was executed on Friday, February 2, 2007, Baltimore, MD.

_[signature]_
BRANDON SNESKO
C & C Legal Support Services, Inc.
2522 N. Calvert Street
Baltimore, MD 21218
(410) 366-9109 , (410) 366-9403 (Fax)
Job #23991

SWORN AND SUBSCRIBED BEFORE ME
TODAY, FRIDAY, FEBRUARY 2, 2007
_[signature]_
NOTARY PUBLIC
MY COMMISSION EXPIRES: 12-14-2011

B. Tony Snesko
Notary Public, District of Columbia
My Commission Expires 12/14/2011

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JERI WASCO

**SUMMONS IN A CIVIL CASE**

V.

COSI SANDWICH BAR, INC., a foreign corporation,

CASE NUMBER: 1:06-cv-01876-JR

TO: (Name and address of Defendant)

Mark Ellenberg, Registered Agent for:
Cosi Sandwich bar, Inc.
1333 New Hampshire Ave NW
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason E. Miles, Esquire
Schwartz, Zweben & Slingbaum LLP
51 Monroe Street, Suite #812
Rockville MD 20850
(301) 294-6866 - Telephone
(301) 294-6480 - Facsimile

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

NOV 1 6 2006

CLERK

(By) DEPUTY CLERK                        DATE