UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERI WASCO,                          :
                                     :
     Plaintiff,                     :
                                     :
  v.                                 : Civil Action No. 06-1876 (JR)
                                     :
COSI SANDWICH BAR, INC.,             :
                                     :
     Defendant.                     :

## ORDER

No appearance having been filed by defendant more than 60 days after service of process, and no action having been taken by plaintiff, it is **ORDERED** that plaintiff show cause within ten days of the date of this order why this action should not be dismissed for want of prosecution.  (Dismissal for want of prosecution is without prejudice.)


                                          JAMES ROBERTSON
                              United States District Judge