UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERI WASCO,

    Plaintiff,

vs.                                      CASE NO.: 1:06-cv-01876-JR

COSI SANDWICH BAR, INC., a foreign
Corporation,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER

COMES NOW, Plaintiff, JERI WASCO, by and through the undersigned counsel and submits this Response to the Court's Show Cause Order, [See Docket # 4], directing Plaintiff to show cause as to why this matter should not be dismissed for want of prosecution; and stated the grounds for this response to Show Cause Order as follows:

    1.    On November 1, 2006, the undersigned filed a Complaint on behalf of Plaintiff JERI WASCO, naming Defendant, COSI SANWICH BAR, INC., and alleging violations of Title III of the Americans With Disabilities Act. [See Docket #1].

    2.    On November 16, 2006, the undersigned was issued a Summons, which was received on Monday, November 20, 2006 via U.S. Mail, and immediately sent out, with the Complaint to the process server to serve Defendant, COSI SANDWICH BAR, INC., by and through their registered agent.

    3.    Service was accomplished at the office of the Defendant's registered agent on February 2, 2007.

4. As a result, an answer or other responsive pleading was due from defendant by February 22, 2007. [See Docket #3].

5. During our initial search for the COSI SANDWICH BAR, INC., registered agent, Mark Ellenburg was identified through the Maryland State Department of Assessment and Taxation, web site. Mr. Ellenburg was served with the Summons and Complaint as identified in the return of service filed with the Court. After service was accomplished, but prior to receiving the Affidavit of Service back from the Process Server, the undersigned received a telephone call from Jacob Steinfink, Esq., on behalf of Defendant. Mr. Steinfink informed the undersigned that Mark Ellenburg was no longer their registered agent, and questioned whether service was appropriate.

6. The parties continued to attempt to work out the issue of service and were able to agree upon waiver of service in an effort to reduce the cost of litigation. The waiver of service is attached hereto as Plaintiff's Exhibit "A" and is being filed separately as well.

7. The Plaintiff did not purposes delay in defaulting the Defendant in this matter, but was trying to work out the issue of service while coordinating a site inspection to move the case forward and closer to possible resolution.

8. Contemporaneously with this response to the Court's Order to Show Cause, the parties are filing a joint motion for a stay of the proceedings to attempt to work out the issues in the complaint without incurring unnecessary fees and costs. The parties have already inspected the premises at issue with their respective experts and expect an expert report within the next 30 days.

WHEREFORE, the Plaintiff respectfully requests that the Court not dismiss this action and grant the 60 day stay requested by separate motion.

Dated:  May 7, 2007            Respectfully submitted:

By: ___s/Jason E. Miles_____
Jason E. Miles, Esquire
Maryland Bar No. 26349
Schwartz, Zweben & Slingbaum LLP
51 Monroe Drive, Suite 812
Rockville, MD  20850
Telephone:    (301) 294-6868
Facsimile:     (301) 294-6480
**jmiles@szalaw.com**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2007, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant:

**jsteinfink@getcosi.com**

           _____s/Jason E. Miles_____
           Jason E. Miles, Esquire

## WAIVER OF SERVICE OF SUMMONS

**TO: Jason E. Miles, Esquire**

I, Jacob Steinfink, Esquire, acknowledge receipt of your request that I waive service of Summons in the action of JERI WASCO v. COSI SANDWICH BAR, INC., on behalf of Defendant, Cosi Sandwich Bar, Inc., which is Case Number 06-01876, in the United States District Court for the District of Columbia.

I have also received a copy of the Complaint in the action, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if a responsive pleading, an Answer or motion under Rule 12 is not served upon you within 60 days from May 7, 2007.

5/7/07
DATE

Jacob Steinfink, ESQUIRE
An Attorney for Defendant, Cosi Sandwich Bar, Inc.

