UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERI WASCO,

    Plaintiff,

vs.                                                                                 CASE NO.: 1:06-cv-01876-JR

COSI SANDWICH BAR, INC., a foreign
Corporation,

    Defendant.
_____/

## UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

COMES NOW, Plaintiff, JERI WASCO, and Defendant, COSI SANDWICH BAR, INC. by and through the undersigned counsel and submits this Unopposed Motion for Stay of Proceedings for 60 days and in support states:

1. This is an action by the Plaintiff against the Defendant for alleged violations of the Americans with Disabilities Act due to barriers to access alleged at the Defendant's place of business.

2. This Unopposed Motion for Stay is also being filed on behalf of Defendant as they have not secured local counsel as to date.

3. The parties have agreed to meet for an inspection of the subject property involved in this case to see if this matter can be resolved by an amicable settlement. The parties conducted this inspection on Thursday, May 3, 2007. The Plaintiff's expert expects to have a report completed within the next 30 days regarding any barriers to access found at the property, and recommendations for removal of any such barriers. Upon receipt of said report, Plaintiff anticipates being able to provide a proposed

1

settlement agreement to the Defendant within two weeks thereafter, giving the parties an additional 2 weeks to negotiate any issues with the proposal.

3.  The parties request a stay of 60 days to attempt to complete their settlement negotiations.

4.  The requested stay will not create any prejudice to any party and will not unduly delay the matter. The stay will help enable the parties to pursue settlement of this action without spending any additional time and money on meeting other pretrial deadlines which could negatively impact settlement.

5.  The Court has the authority pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to grant extensions or stays of deadlines. Based on the facts and the representations of the parties, it is respectfully submitted that it is appropriate for the Court to grant such a stay.

WHEREFORE, the parties request a 60 day stay of all deadlines as provided in the proposed Order.

Dated:  May 7, 2007

By:  ___/s/Jason E. Miles___
Jason E. Miles, Esquire
Maryland Bar No. 26349
Schwartz, Zweben & Slingbaum LLP
51 Monroe Drive, Suite 812
Rockville, MD  20850
Telephone:    (301) 294-6868
Facsimile:     (301) 294-6480
jmiles@szalaw.com
Attorney for Plaintiff

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERI WASCO,

    Plaintiff,

vs.                                        CASE NO.: 1:06-cv-01876-JR

COSI SANDWICH BAR, INC., a foreign
Corporation,

    Defendant.
_____/

**ORDER GRANTING 60-DAY STAY OF PROCEEDINGS**

THIS CAUSE is before the Court upon the parties' Unopposed Motion For Stay of Proceedings. The Court having been fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is Granted. This case will be stayed for 60 days.

DONE AND ORDERED in Chambers at Washington, D.C., this _____ day of _____, 2007.

                                                                                                      _____

Copies furnished to:                                        United States District Judge

Parties of Record