UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERI WASCO,

    Plaintiff,

vs.    CASE NO.: 1:06-cv-01876-JR

COSI SANDWICH BAR, INC., a foreign Corporation,

    Defendant.
_____/

### NOTICE OF FILING WAIVER OF SERVICE OF SUMMONS

COMES NOW, Plaintiff, JERI WASCO, by and through undersigned counsel and hereby files the attached Waiver of Service of Summons.

| | |
|---|---|
| Dated:  May 7, 2007 | Respectfully submitted: |
| | By: ___s/Jason E. Miles___<br>Jason E. Miles, Esquire<br>Maryland Bar No. 26349<br>Schwartz, Zweben & Slingbaum LLP<br>51 Monroe Drive, Suite 812<br>Rockville, MD  20850<br>Telephone:    (301) 294-6868<br>Facsimile:      (301) 294-6480<br>jmiles@szalaw.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2007, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant:

**jsteinfink@getcosi.com**

                                                 ___s/Jason E. Miles___
                                                 Jason E. Miles, Esquire

## WAIVER OF SERVICE OF SUMMONS

TO: Jason E. Miles, Esquire

I, Jacob Steinfink, Esquire, acknowledge receipt of your request that I waive service of Summons in the action of JERI WASCO v. COSI SANDWICH BAR, INC., on behalf of Defendant, Cosi Sandwich Bar, Inc., which is Case Number 06-01876, in the United States District Court for the District of Columbia.

I have also received a copy of the Complaint in the action, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if a responsive pleading, an Answer or motion under Rule 12 is not served upon you within 60 days from May 7, 2007.

5/7/07
_____        _____
DATE                             Jacob Steinfink, ESQUIRE
                                 An Attorney for Defendant, Cosi Sandwich Bar,
                                 Inc.