UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERI WASCO,                           :
                                      :
       Plaintiff,             :
                                      :
  v.                                  : Civil Action No. 06-1876 (JR)
                                      :
COSI SANDWICH BAR, INC.,              :
                                      :
       Defendant.             :

### ORDER

Upon consideration of plaintiff's reply to this Court's order to show cause of 4/26/07 and plaintiff's unopposed motion for stay, it is **ORDERED** that the order to show cause [4] is **discharged** and that the motion for stay [6] is **granted**. All proceedings in this case are **stayed until 7/9/07.**

                                            JAMES ROBERTSON
                                  United States District Judge