**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JERI WASCO,

    Plaintiff,

vs.                                          CASE NO.: 1:06-cv-01876-JR

COSI SANDWICH BAR, INC., a foreign Corporation,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, JERI WASCO, by and through the undersigned counsel, and hereby file this Notice of Voluntary Dismissal With Prejudice for the above-styled cause.

Dated: August 27, 2007                Respectfully submitted:

                                                By:   s/Jason E. Miles
                                                Jason E. Miles, Esquire
                                                Maryland Bar No. 26349
                                                Schwartz, Zweben & Slingbaum, LLP
                                                51 Monroe Drive, Suite 812
                                                Rockville, MD 20850
                                                Telephone:   (301) 294-6868
                                                Facsimile:     (301) 294-6480
                                                **jmiles@szalaw.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2007, I electronically filed the foregoing document with the Clerk of the Court.

                                                        s/Jason E. Miles
                                                     Jason E. Miles, Esquire

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JERI WASCO,

    Plaintiff,

vs.                                              CASE NO.: 1:06-cv-01876-JR

COSI SANDWICH BAR, INC., a foreign Corporation,

    Defendant.

_____/

**COURT ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice, and the Court having noted the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that this case is hereby Dismissed With Prejudice.

DONE AND ORDERED in Chambers at Washington, D.C., this _____ day of _____, 2007

                                                                             _____

                                                                             United States District Court Judge

Conformed copies furnished to:

Parties of Record