UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERI WASCO,                          :
                                     :
       Plaintiff,                  :
                                     :
  v.                                 :  Civil Action No. 06-1876 (JR)
                                     :
COSI SANDWICH BAR, INC.,             :
                                     :
       Defendant.                  :

**NOTICE TO COUNSEL**

      Pursuant to Rule 41(a)(1), plaintiff's voluntary notice of dismissal with prejudice is self-executing and requires no order of dismissal.

                                           JAMES ROBERTSON
                                United States District Judge